UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES,
INC., d/b/a JETICU,** a Florida Corporation

    *Petitioner,*                                 Case No.:

vs.

**AETNA LIFE INSURANCE COMPANY,** a corporation

    *Respondent.*
_____/

## WORLDWIDE AIRCRAFT SERVICES, INC., D/B/A JET ICU'S PETITION TO CONFIRM ARBITRATION AWARD

Petitioner WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a JETICU, a Florida corporation ("JETICU"), by and through its undersigned counsel, hereby file its's complaint against Respondent AETNA LIFE INSURANCE COMPANY ("AETNA), a corporation, as follows:

1. Plaintiff WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a JETICU was at all times mentioned herein, and now is, a Florida corporation with its principal place of business in Hillsborough County, Florida. Accordingly, venue is proper in this judicial district. Said Petitioner does business as JETICU and will be referred to hereinafter as "JETICU."

2. Respondent AETNA LIFE INSURANCE COMPANY (hereafter "AETNA") was at all times mentioned herein, and now is a corporation and health plan/health insurer with its principal place of business in the State of Connecticut.

## JURISDICTION AND VENUE

3. Jurisdiction in this case is founded upon diversity jurisdiction as Petitioner and Respondent are citizens of different states and the amount sought exceeds $75,000. 28 USC §1332(a)(1).

4. AETNA is a business operating in multiple jurisdictions, including Hillsborough County and is therefore subject to this Court's jurisdiction. AETNA is registered with the Florida Secretary of State as Aetna Life Insurance Company, with the Florida EIN #06-6033492. JETICU's principal place of business is in Hillsborough County, State of Florida. Venue is, accordingly, proper in this judicial circuit.

5. As a result of the foregoing, Jet ICU is entitled to an Order confirming the Award and a final judgment in conformity therewith. *See* Fla. Stat. §§ 682.12, 682.15(1); *Nestor v. Ward*, 163 So. 3d 583, 585 (Fla. 3d DCA 2015) ("In the absence of a motion to vacate, modify, or correct the arbitration award, the trial court must confirm the award.").

6. The same result is mandated by the Federal Arbitration Act.; 9 U.S.C. §9; see also, *Worldwide Aircraft Services, Inc. d/b/a Jet ICU v. Worldwide Insurance Services, LLC*, Case No. 8:24-CV-840-TPB-CPT (M.D. Fla Sept. 18, 2024)

8. Petitioner JETICU pursuant to Sections 682.015, 682.12, and 682.15, Florida Statutes (2022), and 9 U.S.C. § 9, petitions this Court for an Order confirming the arbitration award rendered by iMPROve Health., pursuant to the federal No Surprises Act Independent Dispute Resolution ("IDR") arbitration process[1] on May 09, 2025, a true and correct copy of which is attached and incorporated hereto by this reference as **Exhibit A**, against Respondent AETNA , and entry of a final judgment thereon. In support thereof, JETICU states as follows:

9. On July 25, 2024, Jet ICU filed a request for IDR arbitration pursuant to the federal No Surprises Act, with the Centers for Medicare and Medicaid Services (CMS), the administrator for the No Surprises Act IDR binding arbitration process. See, 42 USC §300gg-111(c)(2)(A), 300gg-112(b)(1)(B).

10. Pursuant to the CMS rules, iMPROve Health was appointed as the arbitrator. ("ARBITRATOR").

11. ARBITRATOR heard and adjudicated the matter on May 9, 2025, issuing the opinion attached here to as **Exhibit A**. The Award was in favor of Worldwide Aircraft Services d/b/a Jet ICU, against AETNA, in the amount of $93,594.00.

12. Plaintiff JETICU submitted their air ambulance claim to AETNA on March 21, 2024, in total billed amount of $235,782.00. A partial payment was made by AETNA on May 21, 2024, in the amount of $5,114.84. AETNA made another partial payment on March 21, 2025, in the amount of $13,865.91. AETNA made another partial payment on

---

[1] See, 42 USC §300gg-111(c)(2)(A).

April 23, 2025, in the amount of $66,912.00. AETNA subsequently made another partial payment on May 29, 2025, in the amount of $16,895.19. Finally, AETNA made their last partial payment on June 5, 2025, in the amount of $62,730.00.

13. Petitioner Jet ICU submitted their IDR Initiation to AETNA on July 25, 2024, requesting the remainder of the outstanding balance be paid.

14. On May 9, 2025, the ARBITRATOR made a final determination that the amount due and owing on the claim was $93,594.00.

15. Section 682.12, Florida Statutes, provides that: After a party to an arbitration proceeding receives notice of an award, the party may make a motion to the court for an order confirming the award at which time the court *shall* issue a confirming order unless the award is modified or corrected pursuant to § 682.10 or 682.14 or is vacated pursuant to § 682.13. *Emphasis added.*

16. Pursuant to the Federal Arbitration Act, Section 9, the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in the Federal Arbitration Act.

17. As of the filing of this Petition, no court has vacated, corrected, or modified the Award pursuant to Chapter 682, Florida Statutes, or 9 U.S.C. §9.

18. Pursuant to Section 682.181, Florida Statutes, 9 U.S.C. § 9, this Court has jurisdiction to confirm the Award.

**WHEREFORE**, JETICU respectfully requests this Court enter an Order confirming the Award and entry of a final judgment in favor of JETICU and against AETNA, pursuant to the Award, including accrued daily interest at a rate prescribed by Florida or Federal law from the payment due date pursuant to the arbitration award as well as the costs and fees, including attorney's fees as well as any such other relief the Court deems just, necessary and proper.

Respectfully submitted on August 21, 2025

_(signature)_

Michael Brannigan, Esq.
**The Law Office of Michael Brannigan P.A.**
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
Email: MichaelBrannigan@jeticu.com
Email: Legal@jeticu.com
Phone: (352) 796-2540
Fax: (352) 796-2549

*Counsel for Petitioner Worldwide Aircraft Services, Inc., d/b/a JETICU*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed using CM/ECF system and has been furnished to the Respondent, AETNA LIFE INSURANCE COMPANY, Registered Agent *Chief Financial Officer*, 200 E. Gaines St., Tallahassee, Florida 33324, on August 21, 2025.

MICHAEL BRANNIGAN, ESQUIRE
**The Law Offices of Michael Brannigan P.A.**
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
Email: MichaelBrannigan@jeticu.com
Email: Legal@jeticu.com
Phone: (352) 796-2540
Fax: (352) 796-2549

*Counsel for Petitioner Worldwide Aircraft Services, Inc., d/b/a Jet ICU*